UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 16-cr-00300-02** |
| **VS.** | : | **JUDGE S. MAURICE HICKS, JR.** |
| **MARVA FLENORY** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge, [Doc. #80], and in the transcript previously filed herein, [Doc. #81] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. #76], and concurring with the finding of the Magistrate Judge under applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the **GUILTY PLEA** entered by defendant Marva Flenory on July 18, 2018 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the Court, pursuant to the provisions of Federal Rule of Criminal Procedure 11. Defendant is adjudged guilty of Possession with Intent to Distribute a Controlled Substance, as charged in Count One of the Indictment.

Shreveport, Louisiana, this 20th day of July, 2018.

_____
**S. MAURICE HICKS, JR., CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**